# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ABIODUN SOWEMIMO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 08-cv-666-MJR |
| ) | |
| MACK BADER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court *sua sponte*. On September 24, 2008, the Clerk's Office received from Plaintiff a civil complaint and motion to proceed *in forma pauperis.* Accordingly, the Clerk's Office opened the instant case into which the complaint and motion were filed. On October 14, 2008, the Clerk's Office received a letter from Plaintiff (Doc. 4) stating that the instant case was opened in error because it was, in fact, duplicative of another case Plaintiff had filed in this Court: *Sowemimo v. Bader*, No. 08-cv-664-WDS (S.D. Ill.).

Accordingly, the Clerk is **DIRECTED** to **CLOSE THIS CASE** (No. 08-cv-666-MJR) as having been improvidently and erroneously opened. All pending motions in this case are **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED this 14th day of January, 2009.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**